THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-00436-RJ

| | |
|---|---|
| ERIC CHRISTOPHER BRITE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER FOR PAYMENT OF |
| v. | ) ATTORNEY FEES & COSTS |
| | ) UNDER THE |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $2,900.00 in attorney's fees and $405.00 in costs, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Aaron L. Dalton, Esquire, Chad Brown Law, P.O. Box 4537, Mooresville, NC 28117, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this _18_ day of _November_, 2024.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE